```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 01198
  DARRICK CLAYTON CAMPBELL
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-5854
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/24/07 and confirmed on 06/27/07.

    2.  The case was converted to Chapter 7 after confirmation, 09/04/2007.

    3.  The Debtor paid a total of $   3693.56 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 5111.00 | .00 | 1709.92 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 4181.00 | .00 | 1265.22 |
| VILLAGE OF MONTGOMERY | PRIORITY | NOT FILED | .00 | .00 |
| KENDALL COUNTY COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11094.01 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 922.34 | .00 | .00 |
| GOODYEAR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1972.07 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 594.39 | .00 | .00 |
| LAKEWOOD CREEK HOMEOWNER | UNSECURED | 1559.68 | .00 | .00 |
| NICOR GAS | UNSECURED | 362.56 | .00 | .00 |
| VALUE CITY FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON VISA | UNSECURED | NOT FILED | .00 | .00 |
| CARLEEN L CICNETTO | CO COUNSEL | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | UNSECURED | 17876.93 | .00 | .00 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9292.00 | .00 | 34381.98 | .00 | 43673.98 |
| PRINCIPAL PAID | 2975.14 | .00 | .00 | .00 | 2975.14 |

```
INTEREST PAID                .00        .00         .00         .00         .00
TOTAL PAID               2975.14        .00         .00         .00     2975.14
```
The Debtor's attorney, JOHN ELLSWORTH ESQ          , was allowed $        .00
and was paid $       .00 .

The Trustee received $      79.42 .

Refunds to the Debtor totaled $    639.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 01198 DARRICK CLAYTON CAMPBELL